IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:24-cv-05094 |
| BCP INGREDIENTS, INC. | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE AND NOTICE OF WITHDRAWAL
### FOR PLAINTIFF UNITED STATES OF AMERICA

Attorney Joanna Citron Day hereby withdraws her appearance, and Attorney Zachary N. Moor enters his appearance as counsel on behalf of Plaintiff the United States of America in the above-styled case for any such ancillary proceedings as may occur, and requests that copies of any and all pleadings filed in this case be served on him.

Dated: ___April 29, 2025___

Respectfully submitted,

s/ Joanna Citron Day
s/ Zachary N. Moor
JOANNA CITRON DAY
Senior Counsel
ZACHARY N. MOOR
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611

Washington, DC 20044-7611
Telephone: (202) 514-4185
Email: joanna.day@usdoj.gov
Email: Zachary.moor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025 a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court for the Western District of Missouri using the Court's CM/ECF system. Notice of the electronic filing will be sent to all parties by electronic mail.

/s/ Joanna Citron Day
JOANNA CITRON DAY
Senior Counsel
United States Department of Justice